**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2117**

———————————

EMAR IFEDIORA,

Plaintiff - Appellant,

versus

WACKENHUT SECURITY; IBM CORPORATION,

Defendants - Appellees,

and

MIKE FISHER; JOE VALENCIA,

Defendants.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  Malcolm J. Howard, District
Judge.  (CA-99-217-5-H)

———————————

Submitted:  November 30, 2000      Decided:  December 6, 2000

———————————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Emar Ifediora, Appellant Pro Se.  Fred Marshall Wood, Jr., MCGUIRE,
WOODS, BATTLE & BOOTHE, L.L.P., Charlotte, North Carolina; Michael
Terry Medford, MANNING, FULTON & SKINNER, Raleigh, North Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Emar Ifediora appeals the district court's order dismissing
his action alleging employment discrimination.  We have reviewed
the record and the district court's opinion and find no reversible
error.  Accordingly, we affirm on the reasoning of the district
court.  See Ifediora v. Wackenhut Sec., No. CA-99-217-5-H (E.D.N.C.
Aug. 10, 2000).  We dispense with oral argument because the facts
and legal contentions are adequately presented in the materials
before the court and argument would not aid the decisional process.

AFFIRMED

2